
"UNDER SEAL"

FILED
CHARLOTTE, NC

APR 20 2016

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 1) DEORDRICK BOYKIN ) <br>   a/k/a D Bo ) <br> 2) TIMOTHY RUSSELL HARKINS ) <br> 3) PAUL RICHARD LUCAS ) <br> 4) ALFONSO VILELA RAMIREZ ) <br>   a/k/a Nas ) | DOCKET NO. 1:16 CR 52 <br><br> **SEALING ORDER** |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed so as not to impede the ongoing investigation and investigators' attempts to locate BOYKIN and HARKINS and take them into custody until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 20th day of April, 2016.

~~DAVID S. CAYER~~ Dennis L. Howell
UNITED STATES MAGISTRATE JUDGE