

FILED
IN COURT
ASHEVILLE, N.C.

APR 2 9 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16cr52 |
|---|---|---|
| v. | ) | **ORDER** |
| 1) DEORDRICK BOYKIN<br>a/k/a D Bo<br>2) TIMOTHY RUSSELL HARKINS<br>3) PAUL RICHARD LUCAS<br>4) ALFONSO VILELA RAMIREZ<br>a/k/a Nas | )<br>)<br>)<br>)<br>)<br>)<br>) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 29th day of April, 2016.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE